**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Jessica Driggers, Lillie Hastings, Brandon Hastings, and John Doe, Defendants,

Of Whom Jessica Driggers is the Appellant.

In the interest of minor children under the age of eighteen.

Appellate Case No. 2013-002364

———————————

Appeal From Greenwood County
John M. Rucker, Family Court Judge

———————————

Unpublished Opinion No. 2015-UP-038
Submitted December 29, 2014 – Filed January 13, 2015

———————————

**AFFIRMED**

———————————

Montford Shuler Caughman, of Caughman Law, LLC, of Lexington, for Appellant.

Robert Wallis Cone, of the South Carolina Department of Social Services, of Greenwood, for Respondent.

Carson McCurry Henderson, of The Henderson Law Firm, PC, of Greenwood, for the Guardian ad Litem.

---

**PER CURIAM:**  Jessica Driggers appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Driggers's counsel.

**AFFIRMED.**[1]

**HUFF, SHORT, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.